Order entered November 30, 2012

00514



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01580-CV
### MICHAEL LODISPOTO, Appellant

V.

### ADI RUVOLO, Appellee

On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-03660-2012

## ORDER

The Court has before it appellee's November 30, 2012 emergency motion to enforce injunction and emergency motion for clarification. The Court **DENIES** the emergency motion for clarification. *See* TEX. R. APP. P. 10.1(b), 10.3(a)(3). This Court's November 29, 2012 order stayed the November 30, 2012 hearing before the trial court on appellee's motion for contempt, motion for order to show cause, and motion for sanctions. That order did not grant any relief from the temporary injunction or writ of attachment previously issued by the trial court. The Court **REFERS** the emergency motion to enforce injunction to the trial court to hear evidence and grant appropriate relief. TEX. R. APP. P. 29.4(a).

ROBERT M. FILLMORE
JUSTICE